948 F.2d 1097w
 John WARD, individually and as Administrator of the Estate
of Anton Ward; Helen Ward; Helen Ward Tucker;
Betty Ward Fisher; Jean Ward Thompson;
Lillie Ward Manns, Plaintiffs-Appellees,
v.
CITY OF SAN JOSE, a municipal corporation; Joseph D.
McNamara, individually and as Chief of San Jose
Police Department, Defendants,
and
Richard Vasquez, individually and as police officer of the
City of San Jose; James Rodrigues, individually and as
police officer of the City of San Jose; Humberto Renteria,
individually and as volunteer reserve police officer of the
City of San Jose, Defendants-Appellants.
John WARD, individually and as Administrator of the Estate
of Anton Ward; Helen Ward; Helen Ward Tucker; Betty Ward
Fisher; Jean Ward Thompson; Lillie Ward Manns; Sabrina
Ward, a minor, Plaintiffs-Appellants,
v.
CITY OF SAN JOSE, a municipal corporation; Joseph D.
McNamara, individually and as Chief of San Jose Police
Department; Richard Vasquez, individually and as police
officer of the City of San Jose; Humberto Renteria,
individually and as volunteer reserve police officer of the
City of San Jose, Defendants-Appellees.
John WARD, individually and as Administrator of the Estate
of Anton Ward, Plaintiff,
and
Delissa Ward, guardian ad litem of minor Sabrina Ward;
Sabrina Ward, minor, Plaintiffs-Appellants,
v.
CITY OF SAN JOSE, a municipal corporation; Richard Vasquez,
individually and as police officer of the City of San Jose;
James Rodrigues, individually and as police officer of the
City of San Jose; Humberto Renteria, individually and as
volunteer reserve police officer of the City of San Jose,
Defendants-Appellees.
John WARD, individually and as Administrator of the Estate
of Anton Ward; Helen Ward; Helen Ward Tucker;
Betty Ward Fisher; Jean Ward Thompson;
Lillie Ward Manns, Plaintiffs-Appellees,
v.
CITY OF SAN JOSE, a municipal corporation, Defendant,
and
Richard Vasquez, individually and as police officer of the
City of San Jose; James Rodrigues, individually and as
police officer of the City of San Jose; Humberto Renteria,
individually and as volunteer reserve police officer of the
City of San Jose, Defendants-Appellants.
John WARD, individually and as Administrator of the Estate
of Anton Ward; Helen Ward; Helen Ward Tucker;
Betty Ward Fisher; Jean Ward Thompson;
Lillie Ward Manns, Plaintiffs-Appellees,
v.
CITY OF SAN JOSE, a municipal corporation; Joseph D.
McNamara, individually and as Chief of San Jose Police
Department; Richard Vasquez, individually and as police
officer of the City of San Jose; James Rodrigues,
individually and as police officer of the City of San Jose;
Humberto Renteria, individually and as volunteer reserve
police officer of the City of San Jose, Defendants-Appellants.
 Nos. 90-15077, 90-15121, 90-15166, 90-15846 and 90-15848.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted April 10, 1991.
Decided Nov. 4, 1991.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 967 F.2d 280.